AO 10
Rev. 1/2010

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2009

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Edwards, Harry T. | 2. Court or Organization<br><br>USCA for D.C. Circuit | 3. Date of Report<br><br>5/10/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Senior Circuit Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>12/31/2009 |
| 7. Chambers or Office Address<br><br>5500 U.S. Courthouse<br>333 Constitution Ave., NW<br>Washington, D.C. 20001 | 8. On the basis of the Information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member | American Law Institute |
| 2. Member | American Academy of Arts & Sciences |
| 3. Member | American Bar Association |
| 4. Advisor | UNIQUE Learning Center, Washington, D.C. |
| 5. Board of Directors | Institute of Judicial Administration, NYU Law School |
| 6. Fellow | American Bar Foundation |
| 7. Visiting Prof of Law | NYU Law School |
| 8. Member | Supreme Court Historical Society |
| 9. Advisory Board | Judicial Outreach Program , The American Society of International Law |
| 10. Co-Chair | Forensics Science Committee, Committee on Science, Technology & the Law, National Academy of Science |
| 11. Member | Dean's Advisory Committee, University of California at Irvine Law School |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|

Edwards, Harry T.

| Name of Person Reporting | Date of Report |
|---|---|
| Edwards, Harry T. | 5/10/2010 |

1. 2009      NYU Law School, Visiting Professor of Law.

2.

3.

| Name of Person Reporting | Date of Report |
|---|---|
| Edwards, Harry T. | 5/10/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 12/31/2009 | NYU Law School, Visiting Professor of Law | $224,980.00 |
| 2. 12/31/2009 | Thomson West book royalties | $872.53 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | NYU Law School, New York, NY | 01/13/2009 to 01/14/2009 | New York City | Teaching | Room, meals, transportation. |
| 2. | NYU Law School, New York, NY | 01/21/2009 to 01/22/2009 | New York City | Teaching | Room, meals, transportation. |
| 3. | NYU Law School, New York, NY | 01/27/2009 to 01/29/2009 | New York City | Teaching | Room, meals, transportation. |
| 4. | NYU Law School, New York, NY | 02/03/2009 to 02/04/2009 | New York City | Teaching | Room, meals, transportation. |
| 5. | NYU Law School, New York, NY | 02/10/2009 to 02/12/2009 | New York City | Teaching | Room, meals, transportation. |

| Name of Person Reporting | Date of Report |
|---|---|
| Edwards, Harry T. | 5/10/2010 |

| | | | | |
|---|---|---|---|---|
| 6. NYU Law School, New York, NY | 02/18/2009 to 02/19/2009 | New York City | Teaching | Room, meals, transportation. |
| 7. NYU Law School, New York, NY | 02/24/2009 to 02/26/2009 | New York City | Teaching | Room, meals, transportation. |
| 8. NYU Law School, New York, NY | 03/03/2009 to 03/04/2009 | New York City | Teaching | Room, meals, transportation. |
| 9. NYU Law School, New York, NY | 03/11/2009 to 03/13/2009 | New York City | Teaching | Room, meals, transportation. |
| 10. Duke Law School, Durham, NC | 03/19/2009 to 03/21/2009 | Durham, NC | Lecture | Room, meals, transportation. |
| 11. Arizona State Univ, Tempe, AZ | 03/31/2009 to 04/05/2009 | Tempe, AZ | Lectures | Room, meals, transportation. |
| 12. NYU Law School, New York, NY | 04/15/2009 to 04/17/2009 | New York, NY | Teaching | Room, meals, transportation. |
| 13. NYU Law School, New York, NY | 04/20/2009 to 04/24/2009 | New York, NY | Teaching | Room, meals, transportation. |
| 14. NYU Law School, New York, NY | 08/25/2009 to 08/27/2009 | New York, NY | Teaching | Room, meals, transportation. |
| 15. NYU Law School, New York, NY | 09/01/2009 to 09/02/2009 | New York, NY | Teaching | Room, meals, transportation. |
| 16. NYU Law School, New York, NY | 09/09/2009 to 09/10/2009 | New York, NY | Teaching | Room, meals, transportation. |
| 17. NYU Law School, New York, NY | 09/15/2009 to 09/17/2009 | New York, NY | Teaching | Room, meals, transportation. |
| 18. NYU Law School, New York, NY | 09/22/2009 to 09/23/2009 | New York, NY | Teaching | Room, meals, transportation. |
| 19. NYU Law School, New York, NY | 09/29/2009 to 09/30/2009 | New York, NY | Teaching | Room, meals, transportation. |
| 20. NYU Law School, New York, NY | 10/07/2009 to 10/08/2009 | New York, NY | Teaching | Room, meals, transportation. |
| 21. NYU Law School, New York, NY | 10/14/2009 to 10/15/2009 | New York, NY | Teaching | Room, meals, transportation. |
| 22. Harvard Law School, Houston Inst for Race & Justice, Cambridge, MA | 10/20/2009 to 10/22/2009 | Jacksonville, FL | Conference participant and speaker. | Room, meals, transportation. |
| 23. NYU Law School, New York, NY | 11/02/2009 to 11/05/2009 | New York, NY | Teaching | Room, meals, transportation. |
| 24. NYU Law School, New York, NY | 11/09/2009 to 11/12/2009 | New York, NY | Teaching | Room, meals, transportation. |
| 25. NYU Law School, New York, NY | 11/16/2009 to 11/17/2009 | New York, NY | Teaching | Room, meals, transportation. |

| Name of Person Reporting | Date of Report |
|---|---|
| Edwards, Harry T. | 5/10/2010 |

| 26. | NYU Law School, New York, NY | 11/30/2009 to 12/04/2009 | New York, NY | Teaching | Room, meals, transportation. |
|---|---|---|---|---|---|

| Name of Person Reporting | Date of Report |
|---|---|
| Edwards, Harry T. | 5/10/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Edwards, Harry T. | 5/10/2010 |

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing Instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Citibank Accounts | A | Interest | J | T | | | | | |
| 2. Banknorth Accounts | A | Interest | J | T | | | | | |
| 3. Justice Federal Credit Union | | None | J | T | | | | | |
| 4. Wells Fargo IRA | | None | M | T | | | | | |
| 5. Bank of America Accounts | | None | J | T | | | | | |
| 6. Vanguard Star Fund | A | Dividend | K | T | | | | | |
| 7. Vanguard Prime Money Market | A | Dividend | L | T | | | | | |
| 8. Vanguard Treasury Money Market Fund | | None | | | Closed | 01/05/09 | J | | |
| 9. Vanguard Federal Money Market | A | Dividend | J | T | Open | 01/05/09 | J | | |
| 10. Vanguard Wellesley Fund | A | Dividend | J | T | Open | 05/13/09 | J | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Edwards, Harry T. | 5/10/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Edwards, Harry T. | 5/10/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544